ACCEPTED
15-24-00113-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
10/23/2025 5:38 PM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
10/23/2025 5:38:54 PM
CHRISTOPHER A. PRINE
Clerk



## KEN PAXTON
ATTORNEY GENERAL OF TEXAS

October 23, 2025

*Via E-filing*

Christopher A. Prine
Clerk, Fifteenth Court of Appeals
P.O. Box 12852
Austin, Texas 78711

Re: No. 15-24-00113-CV; *Kelly Hancock, Acting Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of the State of Texas, v. American Airlines, Inc.*

Dear Mr. Prine:

On behalf of Appellants Kelly Hancock, Acting Comptroller of Public Accounts of the state of Texas, and Ken Paxton, Attorney General of the State of Texas, this letter confirms our receipt of the notice of oral argument. I will present oral argument on behalf of Appellants.

Sincerely,

*/s/ Kyle Pierce Counce*
KYLE PIERCE COUNCE
State Bar No. 24082862
Kyle.Counce@oag.texas.gov
Assistant Attorney General
Tax Litigation Division
P. O. Box 12548
Austin, Texas 78711-2548
T: (512) 463-3112
F: (512) 478-4013

cc:     Counsel of record – *via ECF.*

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Kyle Counce on behalf of Kyle Counce
Bar No. 24082862
kyle.counce@oag.texas.gov
Envelope ID: 107235765
Filing Code Description: Letter
Filing Description: Letter re OA
Status as of 10/24/2025 7:03 AM CST

Associated Case Party: AMERICAN AIRLINES, INC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Richard Phillips | 24032833 | Rich.Phillips@hklaw.com | 10/23/2025 5:38:54 PM | SENT |
| Leonora Meyercord | 24074711 | Lee.Meyercord@hklaw.com | 10/23/2025 5:38:54 PM | SENT |
| Mary McNulty | 13839680 | Mary.McNulty@hklaw.com | 10/23/2025 5:38:54 PM | SENT |
| Meghan McCaig | | meghan.mccaig@hklaw.com | 10/23/2025 5:38:54 PM | SENT |

Associated Case Party: GLENN HEGAR COMPTROLLER

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Kyle PierceCounce | | kyle.counce@oag.texas.gov | 10/23/2025 5:38:54 PM | SENT |
| Alyson "Ally" Thompson | | ally.thompson@oag.texas.gov | 10/23/2025 5:38:54 PM | SENT |